54 F.3d 768
 Hyundai Corp. U.S.A., Inchon Iron & Steel Co. Ltd.
v.
Hull Insurance Proceeds of M/V VULCA, Vulcan Navigation
Corp., Hyundai Merchant Marine Co., Ltd.; Hyundai
Merchant Marine Co. Ltd. v. Clarendon
Limited, Hyundai Merchant
Marine Co., Ltd.
 NO. 94-5599
 United States Court of Appeals,
Third Circuit.
 Apr 11, 1995
 
 Appeal From: D.N.J., No. 90-01589,
 Ackerman, Judge.
 
 
 1
 AFFIRMED.